AO 245H    (Rev. 12/03 - VAW Additions 1/06) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 03 2010

JULIA C. DUDLEY, CLERK
BY: /s/ Taylor
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

UNITED STATES OF AMERICA
V.
ADAM JONES

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** - Short Form
CASE NUMBER: DVAW710PO000268-001
CASE NUMBER:
USM NUMBER:

Waived
Defendant's Attorney

**THE DEFENDANT:**

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.21(c) | Speeding 53/45 Amended charge | 8/22/2010 | 1 |

☐ Count(s) _____

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $ 10.00 | $ 74.00 | $ 25.00 |

Defendant's Soc. Sec. No.: 1381
Defendant's Date of Birth: 1987

Defendant's Residence Address:
Reva, VA 22735

December 1, 2010
Date of Imposition of Judgment

_/s/_
Signature of Judge

Michael F. Urbanski, United States Magistrate Judge
Name and Title of Judge

12-3-10
Date

Defendant's Mailing Address:
Reva, VA 22735